## SHAW v. WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 85, September Term, 1959.]

*Decided March 18, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Petitioner's application for leave to appeal under the Post Conviction Procedure Act is denied for the reasons set out by the court below.

*Application denied.*